FILED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-885-GW |
|---|---|
| Plaintiff, | VERDICT FORM FOR DEFENDANT MACK MACHEN |
| v. | |
| MACK MACHEN, | |
| Defendant. | |

As to the following counts charged against defendant MACK MACHEN:

### COUNT ONE

1. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

    __X__    NOT GUILTY

    _____    GUILTY

### COUNT TWO

2. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

    __X__    NOT GUILTY

    _____    GUILTY

### COUNT THREE

3. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

    __X__    NOT GUILTY

    _____    GUILTY

### COUNT FOUR

4. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

    __X__    NOT GUILTY

    _____    GUILTY

### COUNT FIVE

5. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

    __X__    NOT GUILTY

    _____    GUILTY

## COUNT SIX

6. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

\_\_\_\_\_   NOT GUILTY

__X__   GUILTY

## COUNT SEVEN

7. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

\_\_\_\_\_   NOT GUILTY

__X__   GUILTY

## COUNT NINE

8. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

__X__   NOT GUILTY

\_\_\_\_\_   GUILTY

## COUNT TEN

9. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

__X__   NOT GUILTY

\_\_\_\_\_   GUILTY

## COUNT ELEVEN

10. We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

__X__   NOT GUILTY

\_\_\_\_\_   GUILTY

## COUNT TWELVE

11.     We, the jury in the above-captioned case, unanimously find defendant MACK MACHEN:

_____       NOT GUILTY

  X          GUILTY

**REDACTED**

FOREPERSON OF THE JURY

Dated: January 26, 2015 at Los Angeles, California