

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY DAVID MILLAN,<br><br>　　　　Defendant. | No. CR 13-885-GW<br><br>VERDICT FORM FOR DEFENDANT ANTHONY DAVID MILLAN |

5

As to the following counts charged against defendant ANTHONY MILLAN:

### COUNT ONE

1. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

### COUNT TWO

2. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

### COUNT THREE

3. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

### COUNT FOUR

4. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

### COUNT FIVE

5. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

## COUNT SIX

6. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

_____   NOT GUILTY

__X__   GUILTY

## COUNT SEVEN

7. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

_____   NOT GUILTY

__X__   GUILTY

## COUNT NINE

8. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

## COUNT TEN

9. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

## COUNT ELEVEN

10. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

__X__   NOT GUILTY

_____   GUILTY

**COUNT TWELVE**

11. We, the jury in the above-captioned case, unanimously find defendant ANTHONY MILLAN:

_____ NOT GUILTY

\_\_X\_\_ GUILTY

REDACTED
FOREPERSON OF THE JURY

Dated: January 26, 2015 at Los Angeles, California