# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | | | |
|---|---|---|---|
| Case No. | CR 13-885-GW | Date | August 20, 2015 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux | Ellyn M. Lindsay; Byron J. Mclain |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| 1. Mack Machen | Naeun Rim; Liliana Coronado | | ✔ | | NONE |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          ✔ Refer to separate Judgment Order.

✔ Imprisonment for **15 months** on each of counts **6, 7, 12**

Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of $ _____ is imposed on each of counts(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s)

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing

✔ 3 years Supervised Release imposed on count(s)          **6, 7, 12**

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.

___ Serve _____ in a CCC/CTC.

___ Pay $ _____ fine amounts & times determined by P/O.

___ Make $ _____ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions:

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant
✔ does not have the ability to pay.

per count, special assessment to the United States for a

✔ Pay    $100    total of          $300

___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____

with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

✔ Government's motion, all remaining counts in the underlying Indictment and redacted Indictment are ordered dismissed.

✔ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.          ___ Processed statement of reasons.

___ Bond exonerated _____ upon surrender          ___ upon service of _____

___ Execution of sentence is stayed until 12 noon,

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Release

✔ Present bond to continue as bond on appeal.          ___ Appeal bond set at   $ _____

___ Filed and distributed judgment.  ENTERED.

The Court's Table of Calculations is circulated and attached hereto.  The Court sets a Restitution Hearing for October 15, 2015 at 9:00 a.m.  Government will file its position by September 21, 2015.  Defendant's response is due by October 5, 2015.  Defendant's
✔ Application for Bail Pending Appeal [271] is GRANTED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

|  | : | 43 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc:

## Table for Calculations

<u>A.  Offense Level Factors</u>

Base:  7 as per §2B1.1(a)

Loss Enhancement:   (1)  if $60,000 add 6 as per §2B1.1(b)(1)(D)
                              (2)  if > $400,000 add 14 as per §2B1.1(b)(1)(H)
                              (3)  if > $1 million add 16 as per §2B1.1(b)(1)(I)
                              (4)  if > $2.5 million add 18 as per §2B1.1(b)(1)(J)

Victim # Enhancement:  (1)  10 or more victims or mass marketing add 2 as per §2B1.1(b)(2)(A)
                               (2)  50 or more victims add 4 as per §2B1.1(b)(2)(B)

Vulnerable Victim Enhancement: add 2 as per §3A1.1(b)(2)

Organizer/Leader Role Enhancement: (1)  add 2 if organizer or leader of scheme §3B1.1(c)
                                       (2)  add 4 if organizer or leader of scheme involving five
                                           or participants or was otherwise extensive §3B1.1(a)

<u>B.  Offense Level Variations</u>

Minimum:  7 + 6 = 13
Maximum: 7 + 18 + 2 + 4 + 4 = 35

<u>C.  Sentencing Guidelines Variations</u>

1) Machen:    Minimum – 13 @ Cat. I = 12 - 18 months
                 Maximum – 35 @ Cat. I = 168 -210 months
2) Millan:    Minimum – 13 @ Cat. IV = 24 - 30 months
                 Maximum – 35 @ Cat. IV = 235 - 293 months

<u>D.  Court's Tentative</u>

(Base) 7 + (Loss) 16 + (Victims) 4 + (Organizer) 4 = 31, or
(Base) 7 + (Loss) 6 + (Victims) 2 + (Organizer) 4 = 19