# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No. CR 13-885-GW | Date August 20, 2015 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux | Ellyn M. Lindsay; Byron J. Mclain |
|---|---|---|
| *Deputy Clerk* | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| 2. Anthony David Millan | Timothy A. Scott | | | ✔ | NONE |

**PROCEEDINGS:**         **SENTENCING AND JUDGMENT**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      ✔ Refer to separate Judgment Order.

✔ Imprisonment for **27 months** on each of counts **6, 7, 12**
   Count(s) _____ concurrent/consecutive to count(s) _____
   Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
      commencing _____

✔ 3 years Supervised Release imposed on count(s)     **6, 7, 12**
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ____ Perform _____ hours of community service.
   ____ Serve _____ in a CCC/CTC.
   ____ Pay     $ _____ fine amounts & times determined by P/O.
   ____ Make    $ _____ restitution in amounts & times determined by P/O.
   ____ Participate in a program for treatment of narcotic/alcohol addiction.
   ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ____ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
✔ does not have the ability to pay.

✔ Pay  $100 _____ per count, special assessment to the United States for a total of $300
____ Imprisonment for  months/years _____ and for a study pursuant to 18 USC _____
      with results to be furnished to the Court within  days/months _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
✔ Government's motion, all remaining counts in the underlying Indictment and redacted Indictment, are ordered dismissed.
✔ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.      ____ Processed statement of reasons.
____ Bond exonerated _____ upon surrender      ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____
      at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Release
✔ Present bond to continue as bond on appeal.      Appeal bond set at $ _____
____ Filed and distributed judgment. ENTERED.
   The Court's Table of Calculations is circulated and attached hereto. The Court sets a Restitution Hearing for October 15, 2015 at 9:00 a.m. Government will file its position by September 21, 2015. Defendant's response is due by October 5, 2015. Defendant's
✔ Application for Bail Pending Appeal [272] is GRANTED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

| | : | 43 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc:

**Table for Calculations**

A. <u>Offense Level Factors</u>

Base:   7 as per §2B1.1(a)

Loss Enhancement:   (1)  if $60,000 add 6 as per §2B1.1(b)(1)(D)
                             (2)  if > $400,000 add 14 as per §2B1.1(b)(1)(H)
                             (3)  if > $1 million add 16 as per §2B1.1(b)(1)(I)
                             (4)  if > $2.5 million add 18 as per §2B1.1(b)(1)(J)

Victim # Enhancement:   (1)  10 or more victims or mass marketing add 2 as per §2B1.1(b)(2)(A)
                               (2)  50 or more victims add 4 as per §2B1.1(b)(2)(B)

Vulnerable Victim Enhancement: add 2 as per §3A1.1(b)(2)

Organizer/Leader Role Enhancement: (1)  add 2 if organizer or leader of scheme §3B1.1(c)
                                           (2)  add 4 if organizer or leader of scheme involving five or participants or was otherwise extensive §3B1.1(a)

B. <u>Offense Level Variations</u>

Minimum:  7 + 6 = 13
Maximum:  7 + 18 + 2 + 4 + 4 = 35

C. <u>Sentencing Guidelines Variations</u>

1) Machen:   Minimum – 13 @ Cat. I = 12 - 18 months
                Maximum – 35 @ Cat. I = 168 -210 months
2) Millan:   Minimum – 13 @ Cat. IV = 24 - 30 months
                Maximum – 35 @ Cat. IV = 235 - 293 months

D. <u>Court's Tentative</u>

(Base) 7 + (Loss) 16 + (Victims) 4 + (Organizer) 4 = 31, or
(Base) 7 + (Loss) 6 + (Victims) 2 + (Organizer) 4 = 19